E-FILED
Tuesday, 15 September, 2026 04:04:58 PM
Clerk, U.S. District Court, ILCD

FILED
SEP 15 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA**

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) Criminal No. 26-CR-10041
)
STORMY TRUCKE, ) VIO: Title 18, U.S.C. § 111(a)(1)
)
Defendant )
)

The Grand Jury charges:

**INDICTMENT**

**COUNT ONE**
**(Assault of a Federal Officer)**

On or about June 12, 2026, at Pekin, in the Central District of Illinois,

**STORMY TRUCKE,**

defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Correctional Officer N.H.V. at Federal Correctional Institution Pekin, in the performance of their official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

**COUNT TWO**
**(Assault of a Federal Employee)**

On or about June 12, 2026, at Pekin, in the Central District of Illinois,

**STORMY TRUCKE,**

defendant herein, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Cook Foreman T.B. at Federal Correctional Institution Pekin, in the performance of their official duties.

In violation of Title 18, United States Code, Section 111(a)(1).

A True Bill,

Redacted

**Foreperson**

Redacted

**GREGORY GILMORE**
UNITED STATES ATTORNEY
MPO